PROB 12C
(6/16)

Report Date: May 2, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Reynalinda Cardoza          Case Number: 0980 2:07CR06035-FVS-1

Address of Offender:          , Kennewick, Washington 99337

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: August 7, 2008

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: September 22, 2015 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: September 21, 2025 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Reynalinda Cardoza is in violation of her period of supervised release by committing the offense of possession of a controlled substance, methamphetamine, on or prior to March 28, 2018.<br><br>On May 15, 2017, the offender reported to the probation office in Richland, Washington, and each condition of supervised release was reviewed.<br><br>On March 28, 2018, the offender was located in a vehicle by law enforcement. Officers noted there was a large quantity of white crystal substance directly under her feet and under the seat directly in front of her.  The substance was later confirmed to be methamphetamine. The offender was charged with possession of methamphetamine, and was arrested on April 25, 2018, and booked in the Benton County Jail under case number 18-1-00518-7.  The offender remains in custody. |

Prob12C
**Re: Cardoza, Reynalinda**
**May 2, 2018**
**Page 2**

2          **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Reynalinda Cardoza is in violation of her period of supervised release by associating with Jesus Sandaval Jr. and Antonio Faustino Deleon, who are convicted felons, on or prior to March 28, 2018.

On May 15, 2017, the offender reported to the probation office in Richland and each condition of supervised release was reviewed.

On March 28, 2018, the offender was contacted by law enforcement in a vehicle with the individuals noted above. Both individuals had warrants for their arrest. Also in the vehicle was more than 2 pounds of suspected methamphetamine.

On March 29, 2018, the offender reported to the probation office in Richland to discuss the contact. She admitted to this officer that she knew both Mr. Cardoza and Mr. Deleon were convicted felons and that she should not have been with them.

3          **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Reynalinda Cardoza is in violation of her period of supervised release by committing the offense of possession of a controlled substance with intent to deliver, methamphetamine, on or prior to April 25, 2018.

On May 15, 2017, the offender reported to the probation office in Richland and each condition of supervised release was reviewed.

On April 25, 2018, the offender was contacted by law enforcement after being seen driving her vehicle. The officers knew the offender had a warrant and initiated a stop. The offender was taken into custody, but the officers also located a glass pipe with suspected methamphetamine residue, a scale, and a bag of suspected methamphetamine. A search warrant was obtained for the vehicle based upon the items located.

A search of the vehicle was completed and just over 179 grams of suspected methamphetamine was located inside the cab and trunk of the vehicle.

The offender was charged in Benton County Superior Court, under case number 18-1-00518-7, with possession with intent to deliver methamphetamine. The offender remains in custody.

Prob12C
**Re: Cardoza, Reynalinda**
**May 2, 2018**
**Page 3**

4       **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: Reynalinda Cardoza is in violation of her period of supervised release by possessing drug paraphernalia on or prior to April 25, 2018.

On May 15, 2017, the offender reported to the probation office in Richland and each condition of supervised release was reviewed.

As noted above, on April 25, 2018, the offender was arrested after officers contacted her to serve a bench warrant. During the contact officers located a glass smoking pipe in her left pant pocket. The glass pipe had residue in it which tested presumptive positive for methamphetamine. Officers also located a functional digital scale with residue on it, which tested presumptive positive for methamphetamine, and a metal "scoop" with residue on it.

5       **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: Reynalinda Cardoza is in violation of her period of supervised release by using a controlled substance, heroin, on or prior to April 25, 2018.

On May 15, 2017, the offender reported to the probation office in Richland and each condition of supervised release was reviewed.

On April 25, 2018, the offender was arrested and taken to the Benton County Jail in Kennewick, Washington. Upon arriving at the jail she notified jail staff she had ingested several grams of heroin. The offender was taken to a local hospital for observation. After several hours she was cleared to be taken back to the jail.

6       **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence.

**Supporting Evidence**:  Reynalinda Cardoza is in violation of her period of supervised release by failing to report for random drug testing on March 15, and March 29, 2018.

On May 15, 2017, the offender reported to the probation office in Richland and each condition of supervised release was reviewed.

On December 18, 2017, the offender signed her treatment services contract program plan, which directed the offender to phone First Step Community Counseling every day for random drug testing. The offender was assigned a color code and would be tested at least twice per month.

On March 15, and March 29, 2018, the offender's color was called and she failed to report.

**Prob12C**
**Re: Cardoza, Reynalinda**
**May 2, 2018**
**Page 4**

The U.S. Probation Office respectfully recommends the Court issue **a warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | May 2, 2018 |
|---|---|
| | s/David L. McCary |
| | David L. McCary<br>U.S. Probation Officer |

## THE COURT ORDERS

[  ]  No Action
[X ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[  ]  Other

Signature of Judicial Officer

May 2, 2018

Date